STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

Maurice L. Tynes
Attorney at Law
4839 Ihles Rd
Lake Charles LA 70605

**REHEARING ACTION: May 13, 2009**

**Docket Number: 08   01260-CA**

**JACQUELINE MORRELL**
**VERSUS**
**ALTON FISHER, ET AL.**

**Appealed from Calcasieu Parish Case No. 2006-3441**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. Michael G. Sullivan**
**Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Alton Fisher** and **Allstate Insurance Company** has this day

been

**DENIED.**

cc: Thomas E. Townsley, Counsel for the Appellee
    Rudie Ray Soileau  Jr., Counsel for the Appellee